**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK**

---

VICTORIA MESSINA and SALVATORE MESSINA,

                Plaintiffs,

  -against-

ZIMMER, INC., ZIMMER HOLDINGS, INC., ZIMMER
ORTHOPAEDIC SURGICAL PRODUCTS, INC., and
ZIMMER ORTHOBIOLOGICS, INC.,

                Defendants.

---

**CASE NUMBER:**
2:11-cv-03171-ADS-ARL

**JURY TRIAL
DEMANDED**

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules Of Civil Procedure, the defendant, Zimmer, Inc., states that it is a wholly-owned subsidiary of Zimmer Holdings, Inc., a publicly held corporation. No other publicly held company owns 10% or more of Zimmer, Inc.

DATED:  August 16, 2011        Respectfully submitted,

                                     /s/ Phoebe A. Wilkinson
                                     Phoebe A. Wilkinson, PW-3143
                                     CHADBOURNE & PARKE, LLP
                                     30 Rockefeller Plaza
                                     New York, NY  10112
                                     Telephone:  (212) 408-1157
                                     Facsimile:  (646) 710-1157
                                     pwilkinson@chadbourne.com

                                     Attorneys for the defendants, Zimmer, Inc., Zimmer Holdings, Inc., Zimmer Orthopaedic Surgical Products, Inc., and Zimmer Orthobiologics, Inc.

Of Counsel:

Andrea Roberts Pierson, Atty. No. 18435-49-A
Haroon Anwar, Atty. No. 29135-5310
BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
andrea.pierson@bakerd.com
haroon.anwar@bakerd.com

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing CORPORATE DISCLOSURE STATEMENT has been served via the Court's electronic filing system on the 16th day of August, 2011, upon the following counsel of record:

>David Rosenband
>Ellen Relkin
>Peter Samberg
>WEITZ & LUXENBERG, P.C.
>700 Broadway
>New York, NY  10003

>/s/ Phoebe A. Wilkinson