**UNITED STATES DISTRICT COURT FOR THE
EAST ERN DISTRICT OF NEW YORK**

---

VICTORIA MESSINA and SALVATORE MESSINA,

              Plaintiffs,

  -against-

ZIMMER, INC., ZIMMER HOLDINGS, INC., ZIMMER
ORTHOPAEDIC SURGICAL PRODUCTS, INC., and
ZIMMER ORTHOBIOLOGICS, INC.,

              Defendants.

---

**CASE NUMBER:**
2:11-cv-03171-ADS-ARL

**JURY TRIAL
DEMANDED**

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules Of Civil Procedure, the defendant, Zimmer Holdings, Inc., states that it is a publicly held corporation and no other publicly held company owns 10% or more of Zimmer Holdings, Inc., stock.

DATED:  August 16, 2011

Respectfully submitted,

/s/ Phoebe A. Wilkinson
Phoebe A. Wilkinson, PW-3143
CHADBOURNE & PARKE, LLP
30 Rockefeller Plaza
New York, NY  10112
Telephone:  (212) 408-1157
Facsimile:  (646) 710-1157
pwilkinson@chadbourne.com

Attorneys for the defendants, Zimmer, Inc., Zimmer Holdings, Inc., Zimmer Orthopaedic Surgical Products, Inc., and Zimmer Orthobiologics, Inc.

Of Counsel:

Andrea Roberts Pierson, Atty. No. 18435-49-A
Haroon Anwar, Atty. No. 29135-5310
BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
andrea.pierson@bakerd.com
haroon.anwar@bakerd.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing CORPORATE DISCLOSURE STATEMENT has been served via the Court's electronic filing system on the 16th day of August, 2011, upon the following counsel of record:

>David Rosenband
>Ellen Relkin
>Peter Samberg
>WEITZ & LUXENBERG, P.C.
>700 Broadway
>New York, NY  10003

/s/ Phoebe A. Wilkinson